UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

**Case Number: 21-10046-CIV-MARTINEZ-BECERRA**

ELVIS AARON HARMON GROMAN,

     Plaintiff,

v.

PAUNECE RASCHEL
RAMAGE SCULL and DENNIS WARD,

     Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation, (ECF No. 6). On July 25, 2022, Magistrate Judge Becerra filed a Report and Recommendation, (ECF No. 10), recommending that Plaintiff's Complaint, (ECF No. 1), be DISMISSED with prejudice and that all pending motions be DENIED as MOOT. This Court has reviewed the entire file and record and notes that no objections have been filed and the time to do so has passed. After careful consideration, it is:

ADJUDGED that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 10), is AFFIRMED and ADOPTED in its entirety. Accordingly, it is ADJUDGED that:

1.    Plaintiff's Complaint, (ECF No. 1), is DISMISSED with prejudice.

2.    The Clerk is DIRECTED to deny all pending motions as MOOT and CLOSE this case.

3.    Final judgment shall enter by separate order.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of August, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record
Elvis Aaron Harmon Groman, *pro se*